IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESA YEAGER,<br><br>  Plaintiff,<br><br>vs.<br><br>CENTRAL VALLEY GAMING, LLC, *et al.*,<br><br>  Defendants.<br>_____/ | CASE NO. 12-CV-0368 AWI-BAM<br><br>**ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>**NEW DATE: July 17, 2012**<br>**TIME:** 9:00 a.m.<br>**CTRM:** 8 (6th floor)<br>**Barbara A. McAuliffe**<br>**U.S. Magistrate Judge** |

The Court has received and reviewed Plaintiff Lesa Yeager's ex parte application for an Order to continue the mandatory scheduling conference. (Doc. 7). Having reviewed Plaintiff's application, IT IS HEREBY ORDERED that the Scheduling Conference is continued from May 24, 2012 at 8:30am to July 17, 2012 at 9:00 AM in Courtroom 8 before Judge McAuliffe. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov. The parties may appear by telephone.

IT IS SO ORDERED.

Dated: __May 14, 2012__       __/s/ Barbara A. McAuliffe__
                              UNITED STATES MAGISTRATE JUDGE

1