IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESA YEAGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE FERNANDEZ and CENTRAL VALLEY GAMING, LLC.<br><br>　　　　　Defendants. | CASE NO. 1:12-cv-0368-AWI-BAM<br><br>**ORDER SETTING<br>SCHEDULING CONFERENCE**<br><br>DATE:　September 19, 2012<br>TIME:　8:30 a.m.<br>CTRM:　8 (6th floor)<br>　　　　**Barbara A. McAuliffe**<br>　　　　**U.S. Magistrate Judge** |

## ORDER

On July 17, 2012 the Court held a status conference to determine the status of service of process on Defendants Jose Fernandez and Central Valley Gaming, LLC. Counsel for Plaintiff Lesa Yeager, appearing by telephone, indicated that both parties have been served. Accordingly, the Court **HEREBY**:

　　1.　**SETS** an INITIAL SCHEDULING CONFERENCE for **Wednesday, September 19, 2012 at 8:30 AM** in Courtroom 8 before Judge McAuliffe. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov. The parties may appear by telephone by joining in on one conference call and calling chambers at 559-499-5789.

2. **DIRECTS** Plaintiff to serve a copy of this order on Defendants Jose Fernandez and Central Valley Gaming, LLC.

IT IS SO ORDERED.

Dated:   **July 17, 2012**               /s/ **Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE