UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA YEAGER, | CASE NO. 1: 12-cv-00368-BAM |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| CENTRAL VALLEY GAMING, LLC, *et al.*, | |
| Defendants. | |

Plaintiff has filed a Notice of Settlement indicating a settlement has been reached with Defendants. (Doc. 28.) Pursuant to this Court's Local Rule 160(b), this Court ORDERS the parties, **no later than July 5, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:  June 20, 2013              /s/ **Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE