1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**EASTERN DISTRICT OF CALIFORNIA**

8

**FRESNO DIVISION**

9
10

LESA YEAGER,

CASE NO. 1:12-CV-0368-BAM

11

Plaintiff,

**ORDER OF DISMISSAL**

12

vs.

13
14

CENTRAL VALLEY GAMING, LLC DBA
TURLOCK POKER ROOM AND CASINO,
JOSE FERNANDEZ, AND DOES 1-15,

15

Defendants.

16
17

**ORDER**

18

    Based on the stipulation of the parties (Doc. 30), filed on July 8, 2013, Plaintiff Lesa

19

Yeager's Complaint is DISMISSED with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal

20

Rules of Civil Procedure. The Clerk of the Court is directed to close this case.

21
22

IT IS SO ORDERED.

23
24

    Dated:   **July 11, 2013**          _/s/ Barbara A. McAuliffe_
UNITED STATES MAGISTRATE JUDGE

25
26
27
28