1
2
3
4
5
6        **UNITED STATES DISTRICT COURT**
7        **EASTERN DISTRICT OF CALIFORNIA**
8        **FRESNO DIVISION**
9

10   LESA YEAGER,                                    CASE NO. 1:12-CV-0368-BAM

11              Plaintiff,                           **ORDER OF DISMISSAL**

12   vs.

13   CENTRAL VALLEY GAMING, LLC DBA
     TURLOCK POKER ROOM AND CASINO,
14   JOSE FERNANDEZ, AND DOES 1-15,

15              Defendants.

16

17                              **ORDER**

18        Based on the stipulation of the parties (Doc. 30), filed on July 8, 2013, Plaintiff Lesa

19   Yeager's Complaint is DISMISSED with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal

20   Rules of Civil Procedure. The Clerk of the Court is directed to close this case.

21

22        IT IS SO ORDERED.

23
        Dated:   **July 11, 2013**              /s/ *Barbara A. McAuliffe*
24                                          UNITED STATES MAGISTRATE JUDGE

25
26
27
28
                                    1